**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| DIPPIN' DOTS, INC., | § | Civil Action No. |
| | § | 1:01-CV-202-TWT |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| FROSTY BITES DISTRIBUTION, | § | |
| LLC, | § | |
| | § | |
| Defendant. | § | |

## CORRECTED SATISFACTION OF BILL OF COSTS

Defendant hereby acknowledges receipt of $22,495.93, paid by Plaintiff, in full and final payment and satisfaction of the Bill of Costs entered by the Court in its Order of October 13, 2005, awarding costs to Defendant in the above-styled matter.

Defendant executes this Notice of Satisfaction of Bill of Costs, acknowledging that the Bill of Costs in the Court's Order of October 13, 2005, has been fully satisfied and discharged.

ATL01/12069664v2

Dated: November 4, 2005.

Respectfully Submitted,

/s/ William R. Hubbard

Keith E. Broyles
Georgia Bar No. 090152
Email: kbroyles@alston.com
William R. Hubbard
Georgia Bar No. 373404
Email: whubbard@alston.com
1201 W. Peachtree Street
Atlanta, Georgia 30309-3424
Phone: (404) 881-7000
Facsimile: (404) 881-7777

*Attorneys for Defendant*

ATL01/12069664v2

# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF GEORGIA
# DISTRICT OF ATLANTA

## CERTIFICATE OF SERVICE AND CERTIFICATION
## OF COMPLIANCE WITH N.D. GA. L.R. 5.1C

I hereby certify that the foregoing CORRECTED SATISFACTION

OF BILL OF COSTS was prepared with one of the font and point selections

approved in N.D. Ga. L.R. 5.1C.  I also certify that on November 4, 2005, I

electronically filed the foregoing CORRECTED SATISFACTION OF BILL

OF COSTS with the Clerk of the Court using the CM/ECF system, which

will automatically send email notifications of such filing to the following

attorneys of record:

Christopher Scott Anulewicz          Michael J. Bowers

In addition, I certify that a copy of the foregoing CORRECTED

SATISFACTION OF BILL OF COSTS was sent via first-class U.S. mail to

the following attorneys:

| | |
|---|---|
| D. Scott Hemingway | Robert L. Sullivan |
| Hemingway & Hansen, LLP | Loeb & Loeb |
| 460 Preston Commons Way | 45 Music Square, West |
| Dallas, Texas 75225 | Nashville, Tennessee 37203 |

ATL01/12069664v2

- 4 -

Todd E. Stockwell
Stockwell and Associates
861 Corporate Drive, Suite 201
Lexington, Kentucky 40503-5403

Thomas D. Flanigan
Stockwell Law Offices
861 Corporate Drive, Suite 201
Lexington, Kentucky 40503-5403

Shawn Philips
Anderson Kill & Olick
1251 Avenue of the Americas
42nd Floor
New York, New York 10020

Darwin A. Hindman, III
Baker Donelson Bearman & Caldwell
211 Commerce Street
1000 Commerce Center
Nashville, Tennessee 37201

/s/ William R. Hubbard

William R. Hubbard

- 4 -